*Mr. J. Fred Katzmaier* for petitioner. *Mr. R. Granville Curry* for respondent.

No. 320. LAMBORN & Co. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Alfred C. B. McNevin* for petitioner. *Solicitor General Jackson* and *Messrs. Charles D. Lawrence* and *John R. Benney* for the United States.

No. 325. BOB *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George F. Thompson* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll, William J. Connor,* and *W. Marvin Smith* for the United States.

No. 328. NUDELMAN *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leo L. Donahoe* for petitioner. *Solicitor General Jackson* and *Assistant Attorney General Littell* for the United States.

No. 226. CLEVELAND *v.* SANFORD, WARDEN. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Gaylie R. Cleveland, pro se.* No appearance for respondent.